**Order entered January 30, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00394-CR

**SEDRIC DEJUAN BRAXTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F21-99731-N**

## ORDER

We **REINSTATE** the appeal.

On December 20, 2022, the Court entered an order granting the State's motion to abate the appeal to allow the trial court to examine the judgment and determine whether the trial court should file a new judgment using the correct judgment form. On January 25, 2023, a supplemental clerk's record was filed containing a new judgment.

Because appellant filed his brief in reliance upon the original judgment, we will allow appellant the opportunity to file an amended or supplemental brief if he so desires. We **ORDER** that any amended or supplemental brief be filed by **February 27, 2023**.

We **ORDER** the State's brief filed by **March 29, 2023**. Because the State's brief was due initially on September 25, 2022, and thus was long overdue at the time the State filed its motion for abatement, the Court may set the case for submission without a State's brief if the State's brief is not filed by March 29, 2023.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE